# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>**CAOJO DETORI STEWARD,**<br><br>Defendant. | CASE NO.<br>1:19-CR-00435-1-AT-RDC |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that James W Howard is hereby appointed to represent Defendant Caojo Detori Steward.

This 23rd day of April, 2021.

_R. Cannon_
UNITED STATES MAGISTRATE JUDGE